UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07-cv-380-C

| VICTORIA S. LANEY, | ) | |
|---|---|---|
| Appellant, | ) | **ORDER** |
| v. | ) | |
| WARREN L. TADLOCK, | ) | |
| Appellee. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of Plaintiff Laney's case. On March 31, 2008, this Court ordered the plaintiff to remit a partial filing fee of $55.00 within thirty (30) days of the Court's order or summary dismissal would occur. It is now June 3, 2008, and the plaintiff has not paid the filing fee.

**THEREFORE, IT IS HEREBY ORDERED** that Plaintiff Laney's case be **DISMISSED.**

Signed: June 2, 2008

Robert J. Conrad, Jr.
Chief United States District Judge